AO450 (Rev. 5/85) Judgement in a Civil Case

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

## JUDGMENT IN A CIVIL CASE

EZEKIEL DAVIS

V.

SCOTT CROW, et al.,            Case Number:   CIV-20-90-RAW-SPS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This action is dismissed without prejudice.

5/6/2021                                          PATRICK KEANEY
Date                                                         Clerk

s/ A Green
(By) Deputy Clerk